JS-6

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11

12   ORLANDO GARCIA,                    Case No.: CV 20-11068-FLA (PVCx)

13                          Plaintiff,   ORDER DISMISSING CIVIL ACTION

14        v.

15

16   ALICE DAGLAS, et al.,

17                          Defendant.

18

19

20

21

22        In light of the Plaintiff's Notice of Settlement, the Court orders the action

dismissed without prejudice.  The Court retains jurisdiction to vacate this Order and to

23   reopen the action within 60 days from the date of this Order, provided any request by

24   a party to do so shall make a showing of good cause as to why the settlement has not

25   been completed within the 60-day period, what further settlement processes are

26   necessary, and when the party making such a request reasonably expects the process

27   to be concluded.  This Order does not preclude the filing of a stipulation of dismissal

28

1

1  with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the

2  Court.  Such stipulation shall be filed within the aforementioned 60-day period, or by

3  such later date ordered by the Court pursuant to a stipulation by the parties that

4  conforms to the requirements of a showing of good cause stated above.

5

6      **IT IS SO ORDERED.**

7

8  Dated:  January 27, 2021              _____

9                                        FERNANDO L. AENLLE-ROCHA

10                                       UNITED STATES DISTRICT JUDGE